■ FRANK C. SLAZYK, as Representative of the Estate of ROSE SLAZYK, Deceased, et al., Appellants, v JOYCE DAVOLI, Respondent. (Appeal No. 1.) [984 NYS2d 281]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), granted April 4, 2012. The order granted defendant's motion for summary judgment dismissing the complaint.

■ FRANK C. SLAZYK, as Representative of the Estate of ROSE SLAZYK, Deceased, et al., Appellants, v JOYCE DAVOLI, Respondent. (Appeal No. 3.) [984 NYS2d 281]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered February 24, 2012. The order granted the motion of defendant for a protective order and denied the cross motion of plaintiffs to compel answers to interrogatories and for sanctions.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.